MIRIAM KIM, SBN 238230
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
Email: Miriam.Kim@mto.com

JIN NIU, SBN 362447
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702
Email: Jin.Niu@mto.com

Pro Bono Counsel for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALEY, ROBERT MARTIN<br>A# 037-333-892,<br><br>Petitioner,<br><br>vs.<br><br>TONYA ANDREWS in her official capacity,<br>Facility Administrator of Golden State Annex,<br><br>Respondent. | No. 25-cv-00922-KES-CDB<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND EXHIBITS IN SUPPORT OF PETITIONER'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**<br><br>Hon. Kirk E. Sherriff<br>United States District Judge<br><br>Hon. Christopher D. Baker<br>United States Magistrate Judge |

ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND EXHIBITS

**ORDER**

Having considered Petitioner Robert Martin Daley's motion for leave to file supplemental declaration and exhibits in support of Petitioner's Objections to Magistrate Judge's Findings and Recommendations, and good cause appearing, the Court orders:

- Petitioner's motion for leave to file supplemental declaration and exhibits is GRANTED.

- Petitioner may file the supplemental declaration and supporting exhibits within seven (7) days of this Order.

- Respondent may file a responding supplemental declaration and exhibits, if any, within seven (7) days of petitioner's supplemental filing.

IT IS SO ORDERED.

Dated:   January 29, 2026   

_____
UNITED STATES DISTRICT JUDGE

-1-
ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION AND EXHIBITS